UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    BERNICE M. SHORTER                    CASE NO. 20-40277-PJS
                                                                        CHAPTER 13
                                                                        HONORABLE PHILLIP J. SHEFFERLY

        DEBTOR.
_____/
BERNICE M. SHORTER
Debtor in Pro Se
9624 Terry
Detroit, MI 48227
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    Santander Consumer USA Inc. dba Chrysler Capital ("Creditor"), for its Objection to Confirmation of Debtor's Chapter 13 Plan, states as follows:

    1.    The Creditor has perfected its security interest in the 2014 Jeep Compass bearing vehicle identification number 1C4NJCEB2ED737845.

    2.    The gross outstanding indebtedness owing to the Creditor under the terms of the Retail Installment Sales Contract at the time of filing of the Bankruptcy was $11,229.50.

    3.    The Plan fails to state repayment information on the above vehicle.

    4.    The account is past due in the amount of $1,365.77.

    5.    The Instalment Sales Contract is not current and must be current to allow payment outside the Chapter 13 Plan.

6. Pursuant to *In re Till*, the Creditor requests an interest rate of 6.75%, which represents a prime rate with a 2% risk factor.

7. Based upon the NADA Official Used Car Guide, the Creditor asserts that the value of the vehicle is approximately $10,950.00.

8. The Creditor requests proof of full-coverage insurance.

9. The Plan fails to provide for equal monthly payments beginning from confirmation as required by 11 U.S.C. § 1325(a)(5)(B)(iii).

10. The Plan fails to provide that the Creditor retain its lien on the subject vehicle as required under 11 U.S.C. § 1325(a)(5)(B)(i).

In conclusion, the Creditor requests that this Court grant the relief requested and not confirm the Chapter 13 Plan until these Objections are resolved.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: February 24, 2020