UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    BERNICE M. SHORTER                      CASE NO. 20-40277-PJS
                                                              CHAPTER 13
                                                              HONORABLE PHILLIP J. SHEFFERLY

                DEBTOR.
_____/
BERNICE M. SHORTER
Debtor in Pro Se
9624 Terry
Detroit, MI 48227
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 24th day of February, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Krispen S. Carroll | Bernice M. Shorter |
| Trustee | Debtor in Pro Se |
| 719 Griswold, Suite 1100 | 9624 Terry |
| Detroit, MI 48226 | Detroit, MI 48227 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

          O'REILLY RANCILIO P.C.

          */s/ Craig S. Schoenherr, Sr.*
          _____
          CRAIG S. SCHOENHERR, SR. (P32245)
          Attorney for Creditor
          12900 Hall Road, Suite 350
          Sterling Heights, MI  48313-1151
          (586) 726-1000
          ecf@orlaw.com

DATED:  February 24, 2020